IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

        Plaintiff,                      CIV-S-04-1932 LKK GGH PS

        vs.

HOME DEPOT, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On September 16, 2004, the magistrate judge dismissed plaintiff's complaint, noting that the court had no jurisdiction over plaintiff's claims, but granting plaintiff leave to amend due to his pro se status. After numerous extensions of time to amend and failure on plaintiff's part to do so, on April 22, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed late objections on July 29, 2005, and August 12, 2005, and they were considered by the undersigned. Plaintiff explains in his objections that he has been unable to respond to both the magistrate judge's order and the findings and recommendations because he has been on constant, but involuntary, move.

////

1

1       This court reviews <u>de novo</u> those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

      This appears to be a case where, although the magistrate judge could have no way of knowing it, the facts do not support a willful or negligent failure to prosecute, but default due to circumstances over which plaintiff had no control. Accordingly, the court DECLINES to adopt the magistrate judge's findings and recommendations and REMANDS the case to the magistrate judge to give plaintiff one last chance to comply with the court's orders.

DATED: August 31, 2005.

/s/Lawrence K .Karlton
Lawrence K. Karlton
Senior Judge
United States District Court