IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

       Plaintiffs,                     No. CIV S-04-1932 LKK GGH PS

    vs.

HOME DEPOT, et al.,

       Defendants.               <u>ORDER</u>

_____/

       Plaintiff, proceeding pro se in this action, requested on December 2, 2005, an extension of time to file an second amended complaint.  IT IS HEREBY ORDERED that petitioner is granted until January 20, 2005, to file an amended complaint.  No further requests for extension of time will be considered.

DATED: 1/9/06

                                  /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:kr
Marshall1932.eot3

1